Petition for Writ of Mandamus Denied and Opinion filed July 26, 2002









Petition for Writ of Mandamus Denied and Opinion filed
July 26, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00561-CV

____________

 

IN RE WOMAN=S HOSPITAL OF TEXAS, INCORPORATED d/b/a WOMAN=S HOSPITAL OF TEXAS AND COLUMBIA WOMAN=S HOSPITAL OF TEXAS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On June 7, 2002, relator filed a petition for
writ of mandamus in this Court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002);  see also Tex. R. App. P. 52.

To be entitled to mandamus relief, relator must establish
that it has no adequate remedy by appeal. 
Walker v. Packer, 827 S.W.2d 833, 840 (Tex. 1992).  Because we find that relator has an adequate
remedy by appeal,[1]
we deny relator=s petition for writ of mandamus.

 

 








PER CURIAM

 

 

Petition Denied
and Opinion filed July 26, 2002.

Panel consists of
Justices Yates, Seymore, and Guzman.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).











[1]  Contra In re Collom & Carney Ass=n, 62 S.W.3d
924 (Tex. App.BTexarkana 2001, orig. proceeding).